

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR A VIOLATION
OF THE FEDERAL GUN CONTROL ACT

**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-00014 |
| v. | * | SECTION: SECT. J MAG. 2 |
| JUSTIN HENRY | * | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 924(a)(8) |
| | * | |
| * | * | * |

The Grand Jury charges that:

## COUNT 1

On or about January 6, 2023, in the Eastern District of Louisiana, the defendant, **JUSTIN HENRY**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on February 27, 2008 in the 24th Judicial District Court, State of Louisiana, Case No. 07-7211, for attempt or conspiracy to distribute MDMA, in violation of La. R.S. 40:979 and 40:966.A; and convictions on May 8, 2013 in Orleans Parish Criminal District Court, State of Louisiana, Case No. 515011, for aggravated battery, in violation of La R.S. 14:34, and aggravated escape, in violation of La R.S. 14:110(C)(1), did knowingly possess a firearm, to wit: a Taurus G2c, 9mm semi-automatic pistol, bearing serial number ABK994648,

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____

said firearm having been in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

1. The allegation of Count 1 of this Indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **JUSTIN HENRY**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offense, including but not limited to any of the following:

> Taurus G2c, 9mm semi-automatic pistol, bearing serial number ABK994648, with an extended magazine

3. If any of the above-described property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:



DUANE A. EVANS
UNITED STATES ATTORNEY

David Berman
Assistant United States Attorney
MA Bar No. 685917
NY Bar No. 5175708

New Orleans, Louisiana
January 26, 2023

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern  District of  Louisiana

Criminal  Division

## THE UNITED STATES OF AMERICA

vs.

### JUSTIN HENRY

**INDICTMENT**
**FOR A VIOLATION OF THE FEDERAL GUN**
**CONROL ACT**

VIOLATIONS: 18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

A true bill.

_____
Foreperson

Filed in open court this _____ day of
_____ A.D. 2023.

_____
Clerk

Bail, $ _____

_____
DAVID BERMAN
Assistant United States Attorney